IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

LESLIE G. WHITE, JR.                                                                    PLAINTIFF

               v.                          Civil No. 07-3023

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                          DEFENDANT

## J U D G M E N T

Now on this 2nd day of July, 2008, comes on for consideration the Report and

Recommendation dated May 29, 2008, by the Honorable James R. Marschewski, United States

Magistrate Judge for the Western District of Arkansas.  Ten (10) days have passed without objections

being filed by the parties.  The Court has reviewed this case, and being well and sufficiently advised,

finds that the Report and Recommendation is proper and should be adopted in its entirety.

Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the

Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

IT IS SO ORDERED.


/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE